1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD M. SAYLES,

                    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

CASE NO. C13-5736BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

10    This matter comes before the Court on the Report and Recommendation ("R&R")

11 of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 18. The

12 Court having considered the R&R and the remaining record, and no objections having

13 been filed, does hereby find and order as follows:

14    (1)    The R&R is **ADOPTED**; and

15    (2)    The administrative decision is **AFFIRMED.**

16    Dated this 4th day September, 2014.

17

18                                         _____

19                                         BENJAMIN H. SETTLE
                                           United States District Judge

20

21

22

ORDER